```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 07503
   CHERYL L FAIR
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-0134

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 04/26/2007 and was confirmed 07/12/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 09/13/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SE SECURED VEHIC   19312.00           123.58         1847.51
AMERICREDIT FINANCIAL SE UNSECURED         447.59              .00             .00
INTERNAL REVENUE SERVICE PRIORITY        10389.91              .00             .00
AAA CHECKMATE LLC          UNSECURED       1357.48             .00             .00
AMERILOAN                  UNSECURED     NOT FILED             .00             .00
AT & T BANKRUPCTY          UNSECURED     NOT FILED             .00             .00
CHARTER ONE BANK           UNSECURED     NOT FILED             .00             .00
CHICAGO P O EMP CR UN      UNSECURED     NOT FILED             .00             .00
CHICAGO P O EMP CR UN      UNSECURED     NOT FILED             .00             .00
CHICAGO P O EMP CR UN      UNSECURED     NOT FILED             .00             .00
CITY OF CHICAGO PARKING    UNSECURED        910.00             .00             .00
COLLECTION COMPANY OF AM UNSECURED       NOT FILED             .00             .00
DEVON FINANCIAL SERVICE    NOTICE ONLY   NOT FILED             .00             .00
PREMIER BANKCARD           UNSECURED        426.04             .00             .00
PAYDAY LOAN STORE          UNSECURED     NOT FILED             .00             .00
NCI CAPITAL INVESTMENTS    UNSECURED        1572.38            .00             .00
OMNIUM WORLDWIDE           NOTICE ONLY   NOT FILED             .00             .00
PROVIDIAN FINANCIAL        NOTICE ONLY   NOT FILED             .00             .00
SHORT TERM LOAN            UNSECURED         449.26            .00             .00
SONIC PAYDAY LOANS         UNSECURED     NOT FILED             .00             .00
AMERICREDIT FINANCIAL SV NOTICE ONLY     NOT FILED             .00             .00
INTERNAL REVENUE SERVICE UNSECURED          2153.89            .00             .00
CITY OF CHICAGO PARKING    UNSECURED     NOT FILED             .00             .00
LEGAL HELPERS PC           DEBTOR ATTY     2,400.00                          30.92
TOM VAUGHN                 TRUSTEE                                          142.99
DEBTOR REFUND              REFUND                                              .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    2,145.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 07503 CHERYL L FAIR
```

```
PRIORITY                                                       .00
SECURED                                                   1,847.51
    INTEREST                                                123.58
UNSECURED                                                      .00
ADMINISTRATIVE                                               30.92
TRUSTEE COMPENSATION                                        142.99
DEBTOR REFUND                                                  .00
                                    ----------------   ----------------
TOTALS                                     2,145.00           2,145.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 04/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                                    PAGE   2
            CASE NO. 07 B 07503 CHERYL L FAIR